UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL G. FLORES, | Case No. 1:26-cv-04133-FJS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| VILLALOBOS, *et al.*, | THIRTY (30) DAY DEADLINE |
| Defendants. | |

Plaintiff Samuel G. Flores ("Plaintiff") is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case was initiated on May 29, 2026. (ECF No. 1.) Plaintiff did not pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 3, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2